# UNITED STATES BANKRUPTCY
# MIDDLE DISTRICT FLORIDA
# JACKSONVILLE DIVISION

In re: Gordon Wheeler
Debtor.

Case No: 10-07817-FF7

FILED JACKSONVILLE, FLORIDA
SEP 19 2011
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## OBJECTION TO TRUSTEE'S INTENT TO SELL REAL PROPERTY

COMES NOW, debtor, Gordon Wheeler, files this objection to trustee's notice of intent to sell real property and states:

The property is listed in the names of five other family members whom should be notified and allowed to bid on the property.

Respectfully submitted,

Gordon Wheeler

# CERTIFICATE OF SERVICE

I HEREBY CERIFY, that a copy of the foregoing motion to object to sale has been sent via U.S. Mail to Gordon P Jones, P.O. Box 600459 Jacksonville, FL 32260 this 15th day of September 2011.

Gordon W Keeler